# COMPLAINT

(for non-prisoner filers without lawyers)

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff(s))

Richard Lee Howard
888 E Shady Ln trlr 249
Neenah, WI 54956

v.

(Full name of defendant(s))

Hunnee Bee Logistics
Kristina Voltin
2800 E. Enterprise Ave Suite 333
Appleton, WI 54913

Case Number:

23-C-1626

(to be supplied by Clerk of Court)

U.S. District Court
Wisconsin Eastern
DEC - 4 2023
FILED
Clerk of Court

A. PARTIES

1. Plaintiff is a citizen of __Wisconsin__ and resides at
   (State)
   __888 E Shady Ln trlr 249 Neenah, WI 54956__
   (Address)

   (If more than one plaintiff is filing, use another piece of paper.)

2. Defendant __Hunnee Bee Logistics/Kristina Voltin__
   (Name)

is (if a person or private corporation) a citizen of _Wisconsin_

and (if a person) resides at _2800 E Enterpise Ave Suite 333 Appleton, WI 54913_
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _Hunnee Bee Logistics 2800 E Enterprise Ave Suite 333 Appleton, WI 54913_
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.  STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

After submitting my application for job opening with Hunnee Bee Logistic I had interview their rep Kristina Voltin at 11:30 am on Feb 10th 2023 at W6331 Wally Way Appleton, WI 54912. During interview a copy of my DL + SS card were taken and I was hired upon passing a background check. I recieved I passed and was to start Monday Feb 13th 2023. My background

check included a package of my bank account and tax claim & sending pictures of my DL again, which I completed. I came to work (class) on Feb 13th & 14th 2023. A lot of people were coughing during these days and on night of 14th I became ill. I went to my Dr. on 15th 2023 at 7:00 am got a slip to not go to class/work texted picture of it to Honnee Bee Logistic rep Kristina Voltin at 7:50am before class and she texted back will get me rescheduled for final day next monday, she later texted it would be tuesday, then 4 days later she said be wed. I told her I decided I was no longer interested in job. I had tested positive for Covid and had side effects of it yet, I requested my check be send but they refused

and have refused to this date. I have filed with WI DWD Equal Rights Division that has gone nowhere. Hunnee Bee logistic & ~~(illegible)~~ Kristina Voltin have perjured themselves over and over to the state to avoid paying my check.

I will enter copies of all texts + proof I sent dr. slip to Hunnee Bee Logistic / Kristina Voltin after they reply to this case. I am sure they will continue to perjur themselves

Richard L Howard
11/29/23

Attached: copies from DWD Equal Rights Div.

C.  JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ _____.

D.  RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I request court enforce Hunnee Bee Logistic / Kristina Voltin send my check to me. Also punitive damages in amount of $8,000.00 to me for defamation for lies they stated and mental anguish. They had/have no right to withhold a paycheck even if a employee would quit after an hour.

E.  JURY DEMAND

I want a jury to hear my case.

☒ – YES      ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __29__ day of __November__ 20_23_.

Respectfully Submitted,

_____/M/_____
Signature of Plaintiff

__920 6370726__
Plaintiff's Telephone Number

__howard9927@sbcglobal.net__
Plaintiff's Email Address

__885 E Shady Ln trlr 249__
__Neenah, WI 54956__
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5

Case 1:23-cv-01626-WCG   Filed 12/04/23   Page 6 of 6   Document 1